IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.  No.  11cv081 WJ/WDS
      09cr0761 WJ

DOMINIC MOYA,

Defendant.

## ORDER GRANTING MOTION TO RESEND COPY OF GOVERNMENT'S RESPONSE

This matter is before the Court on Defendant's Motion for Order to Respond, filed April 14, 2011.  (Document 7) Defendant seeks a court order directing the United States of America to file a response to his Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.  The government filed such a response on March 21, 2011.  (Document 6) It appearing to the Court that the Defendant did not receive a copy of the government's response, the government is directed to resend a copy of its response to Defendant.  Upon receipt of the government's response, Defendant is directed to file a notice with the Court that the response was received.  Defendant will then have three weeks in which to file a reply to the government's response.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge