IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DOMINIC MOYA**

        **Petitioner,**

**vs.**                          **NO. CIV-11-81 WJ/WDS**

**UNITED STATES OF AMERICA**

        **Respondent**

## ORDER

**THIS MATTER** came before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255.  (Document No. 1)   Respondent filed a response in opposition to the motion.  (Document No. 6)  Petitioner filed a traverse to the government's response.  (Document No. 11)  Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which no objections were filed, and being otherwise fully advised, I find that the Motion to Vacate, Set Aside, or Correct Sentence should be denied.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255 is **DENIED** and this matter is dismissed.

                                                **WILLIAM JOHNSON**
                                                **United States District Judge**